```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

DIANA R. KOTTORI,
    Plaintiff,

                                                    CIVIL ACTION NO.
v.                                                 10-11913-MBB

FEDERAL BUREAU OF
INVESTIGATION,
    Defendant.


## FINAL JUDGMENT

**May 13, 2011**

**BOWLER, U.S.M.J.**

    The issues duly heard and decisions rendered, it is **ORDERED** and **ADJUDGED** that plaintiff Diana R. Kottori take nothing and that this action be dismissed with prejudice.

                                          /s/ Marianne B. Bowler
                                          **MARIANNE B. BOWLER**
                                          United States Magistrate Judge